# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DARREN WARNER, | Case No. 21-CV-157 (NEB/DTS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| WARDEN FIKES, | |
| Respondent. | |

The Court has received the June 21, 2021 Report and Recommendation of United States Magistrate Judge David T. Schultz. (ECF No. 22.) No party has objected to that Report and Recommendation and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 22) is ACCEPTED; and

2. Warner's Petition (ECF No. 1) is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 4, 2021                              BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge